■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BOYD, Appellant. [705 NYS2d 272] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered December 4, 1997, convicting him of criminal possession of a weapon in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not unduly harsh or excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, J. P., O'Brien, Sullivan and Luciano, JJ., concur.